**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00248-CV**

_____

**IN RE STEPHEN HARTMAN**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator, Stephen Hartman, filed a petition for writ of habeas corpus. On June 28, 2013, Realtor withdrew his request for habeas relief. Accordingly, we dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Opinion Delivered July 11, 2013
Before McKeithen, C.J., Gaultney and Horton, JJ.

1